UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK RAMIREZ,

    Petitioner,

v.

DEAN BORDERS, Warden,

    Respondent.

Case No. 18-cv-02358-HSG (PR)

**JUDGMENT**

The petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/5/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge